IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO. 06-230 |
| v. | ) |
| | ) JUDGE LANCASTER |
| CHARLES VICTORIA | ) |
| | ) ELECTRONICALLY FILED |

**ORDER**

AND NOW, this 16th day of December 2006, upon consideration of the foregoing Motion to Authorize Investigator, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED.

By the Court:

_____ J.