IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO. 06-230 |
| v. | ) |
| | ) JUDGE LANCASTER |
| CHARLES VICTORIA | ) |
| | ) ELECTRONICALLY FILED |

**ORDER OF COURT**

AND NOW, this 2nd day of May, 2007, upon consideration of the foregoing Motion to Authorize Law Clerk, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED;

It is FURTHER ORDERED that the fees for a law clerk shall not exceed One Thousand Dollars ($1000.00) unless approved by further order of court;

_____
BY THE COURT