# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO. 06-230 |
| v. | ) |
| | ) JUDGE LANCASTER |
| CHARLES VICTORIA | ) |
| | ) ELECTRONICALLY FILED |

## ORDER

AND NOW, this 3rd day of March, 2008, upon consideration of the foregoing Motion to Authorize Co-Counsel, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED.

~~It is FURTHER ORDERED that the expert fees shall not exceed $_____ unless approved by further Order of Court.~~

By the Court:

_____ J.