# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) **JUDGE LANCASTER** |
| | ) |
| v. | ) **CRIMINAL NO. 06-230** |
| | ) |
| **CHARLES VICTORIA** | ) **ELECTRONICALLY FILED** |

## ORDER

AND NOW, this 7th day of March, 2008, upon Defendant's Application for Issuance of a Subpoena in a Criminal Case, pursuant to Fed. R. Crim. Pro. 17(b) and (c) and 28 U.S.C. § 1825, requiring the attendance of witnesses at trial, it is hereby ORDERED that said Application is GRANTED.

The Court has considered the Application and determined that:

1. Charles Victoria has made a satisfactory showing that he is financially unable to pay the fees associated with the Subpoena in a Criminal Case; and

2. Dennis McKinney's testimony is necessary to an adequate defense of this case.

Therefore, it is hereby ORDERED that a subpoena be issued for:

Dennis McKinney
101 Stevenson Street
PO Box 377
Midway, PA 15060

to appear in the United States District Court before the Honorable Judge Gary Lancaster on March 31, 2008, at 9:00 a.m. and continuing every day thereafter until his testimony is complete.

IT IS FURTHER ORDERED that the costs incurred in connection with the Subpoena in a Criminal Case shall be paid in the same manner in which similar costs and fees are paid in the case of a Subpoena in a Criminal Case issued by the United States of America.

IT IS FURTHER ORDERED that the Subpoena in a Criminal Case shall be served expeditiously and in accordance with the law by the United States Marshall for the Western District of Pennsylvania, or his designee.

By the Court:

_____ J.