IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) JUDGE LANCASTER |
| | ) |
| v. | ) CRIMINAL NO. 06-230 |
| | ) |
| CHARLES VICTORIA | ) ELECTRONICALLY FILED |

## ORDER

AND NOW, this 7th day of March, 2008, upon Defendant's Application for Issuance of a Subpoena in a Criminal Case, pursuant to Fed. R. Crim. Pro. 17(b) and (c) and 28 U.S.C. § 1825, requiring the attendance of witnesses at trial, it is hereby ORDERED that said Application is GRANTED.

The Court has considered the Application and determined that:

1. Charles Victoria has made a satisfactory showing that he is financially unable to pay the fees associated with the Subpoena in a Criminal Case; and

2. Steve Bertino's testimony is necessary to an adequate defense of this case.

Therefore, it is hereby ORDERED that a subpoena be issued for:

Steve Bertino
1183 Gravel Bar Road
Vandergrift, PA 15690-2416

to appear in the United States District Court before the Honorable Judge Gary Lancaster on March 31, 2008, at 9:00 a.m. and continuing every day thereafter until his testimony is complete.

IT IS FURTHER ORDERED that the costs incurred in connection with the Subpoena in a Criminal Case shall be paid in the same manner in which similar costs and fees are paid in the case of a Subpoena in a Criminal Case issued by the United States of America.

IT IS FURTHER ORDERED that the Subpoena in a Criminal Case shall be served expeditiously and in accordance with the law by the United States Marshall for the Western District of Pennsylvania, or his designee.

By the Court:

_____ J.