IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 06-230 |
| ) | |
| CHARLES VICTORIA, ) | |
| Defendant. ) | |

ORDER

AND NOW, this 27th day of March, 2008, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered July 19, 2006, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Monday, March 31, 2008 at 9:30 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

IT IS FURTHER ORDERED that Jury Selection and Trial in the above case, scheduled to begin March 31, 2008, is hereby cancelled.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Brendan T. Conway,
Assistant United States Attorney

Thomas J. Farrell, Esquire
Valerie M. Antoinette, Esquire
Dreier, LLP
1000 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219

U.S. Marshal

U.S. Pretrial Services

U.S. Probation